**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS TURNER, an individual, on behalf of herself and others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>LIBERTY MUTUAL RETIREMENT BENEFIT PLAN; LIBERTY MUTUAL MEDICAL PLAN; LIBERTY MUTUAL RETIREMENT BENEFIT PLAN RETIREMENT BOARD; LIBERTY MUTUAL GROUP INC., a Massachusetts company; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company; and, DOES 1 through 50, inclusive,<br><br>*Defendants.* | Civil Action No. 1:20-cv-11530-FDS |

**NOTICE OF APPEARANCE**

Shamis Beckley of McDermott Will & Emery LLP respectfully enters an appearance as counsel for Defendants Liberty Mutual Retirement Benefit Plan, Liberty Mutual Medical Plan, Liberty Mutual Retirement Benefit Plan Retirement Board, Liberty Mutual Group Inc. and Liberty Mutual Insurance Company in this matter.

                                                     Respectfully submitted,

                                                     LIBERTY MUTUAL RETIREMENT BENEFIT
                                                     PLAN, ET AL.

                                                     *By its attorneys,*

                                                     */s/ Shamis N. Beckley*
                                                     Shamis N. Beckley (BBO # 697425)
                                                     MCDERMOTT WILL & EMERY LLP
                                                     200 Clarendon Street
                                                     Boston, Massachusetts 02116-5021

Telephone: 617.535.4000  
Fax: 617.535.3800  
E-mail: sbeckley@mwe.com

Date: September 21, 2020

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Date: September 21, 2020           /s/ *Shamis N. Beckley*  
                                    Shamis N. Beckley (BBO # 697425)