**EXHIBIT "A"**

# Liberty Mutual Health Plan Summary Plan Description

(For U.S. Employees Only)

Effective January 1, 2019
Section B

LM_TURNER CONFIDENTIAL

1/2019

**Cost for Retiree Coverage**

If you were actively employed on December 31, 2013, your cost-share tier was calculated using the sum of your age as of December 31, 2013 plus your eligible credited service as December 31, 2013, which was the higher of (i) years of continuous service from your most recent hire date or (ii) your years of credited service under the Liberty Mutual Retirement Benefit Plan. If you were hired on or after December 31, 2013 but before January 1, 2018, you were assigned to the less than 60 point cost-share tier. In order to calculate the annual Company contribution, you will need to multiply your cost-share tier's Company contribution amount by your eligible credited service as of your termination date (up to a maximum of 35 years).

For those participants who terminated prior to December 31, 2013, a different cost-sharing arrangement was in place. For more detailed information, please see the Summary Plan Description in effect at the time of termination.

If you have had a break in service, please refer to the **"Break in Service"** section. Note: For participants whose employment with the Company terminated prior to December 1, 2013, a different cost-sharing arrangement was in place.

If you joined the Company as an acquired employee, please refer to the "**Additional Provisions for Employees of Acquired Companies"** section.

Please contact the Liberty Benefits Center for detailed information on the cost of coverage. Please note that rates and contribution levels for all retirees are subject to change at any time in the Company's sole discretion.

The following chart shows the 2019 contribution schedule for employees who qualify for pre-65 retiree coverage, and who are enrolled in the Plan immediately prior to their retirement date:

| Cost-Share Tier[1] | Company Contribution Amount[2] | |
|---|---|---|
| | Full-Time Employees | Part-Time Employees |
| 85 or more | $215.28 | $144.24 |
| 80 – 84 | $193.20 | $129.48 |
| 75 – 79 | $171.12 | $114.60 |
| 70 – 74 | $149.04 | $99.84 |
| 65 – 69 | $126.96 | $85.08 |
| 60 – 64 | $104.88 | $70.20 |
| Less than 60 | $82.80 | $55.44 |

[1]Pension credited service through December 31, 2013, will be based on the applicable vesting schedule in place as of your initial termination date (i.e., 5 or 10 years).
[2]The Company contribution amount may increase by 2.5% on an annual basis, dependent upon annual review of cost

LM_TURNER CONFIDENTIAL





Exhibit A

Example: Pre-65 Health Care Costs: As of December 31, 2013, an employee was age 59 with 26 years of eligible credited service. If the employee retires in December 2018 at age 64, cost-sharing would be determined as follows:

| **Step 1:** Determine Cost-Share Tier: Age + Eligible Credited Service as of 12/31/13 | **Step 2:** Calculate Eligible Credited Service as of Date of Termination |
|---|---|
| 59 (Age)<br>+ 26 (Eligible Credited Service)<br>**85 Points (85 or more tier)** | 11/30/2018 (date of termination)<br>- 11/30/1987 (date of hire)<br>**31 years** |
| **Step 3:** Calculate Annual Company Contribution Amount | **Step 4:** Calculate Annual Company Contribution Amount |
| $215 (85 or more tier)<br>x 31 years (from step 2)<br>**$6,674** provided by Liberty Mutual | 2019 Total Annual Cost (Retiree Only) $12,627<br>- Annual Company Contribution $6,674<br>**Annual Retiree Cost** **$5,953**<br>**Monthly Retiree Cost** **$496** |

For employees who are age 65 or older at retirement, please see the summary plan description for the Liberty Mutual Retiree Post-65 Health Reimbursement Arrangement.

LM_TURNER CONFIDENTIAL

### Additional Provisions for Employees of Acquired Companies

Generally only continuous service with your employer during the period your employer is a Participating Employer counts for determining eligibility and/or cost-sharing for post-retirement Plan coverage. In some cases, however, service with your employer prior to it becoming a Participating Employer or service with a previous employer, may count towards eligibility and/or cost-sharing, as listed below, subject to the provisions of the **"Break in Service"** section:

- Former **CIGNA Bond Services** employees who were employed as of January 24, 1994, receive credit for prior employment service with ICNA for purposes of eligibility and cost-sharing.
- Former **CUMIS General Insurance Co.** and **CUNA Mutual General Agency of Texas** employees who transferred to a Participating Employer in conjunction with the acquisition of CUMIS General on July 1, 1998, receive credit for prior employment service with CUNA Mutual Insurance Co. for purposes of eligibility and cost-sharing.
- **Golden Eagle Insurance Corporation** employees who were employed as of October 1, 1997, receive credit for prior employment service with Golden Eagle Insurance Co. for purposes of eligibility only.

- **Liberty Real Estate Management, Inc.** employees who were employed on January 1, 1997, receive credit for prior employment service with Liberty Real Estate Group, Inc. and Liberty Sanibel II Limited Partnership for purposes of eligibility and cost-sharing.
- **Wausau Service Corporation** and former **Nationwide Trial Division** employees who were employed as of the acquisition date of December 31, 1998, receive credit for prior employment service with Wausau Service Corporation or Nationwide Trial Division for purposes of eligibility and cost-sharing.
- **Atlantic Health Group** employees who were employed as of March 31, 1997, receive credit for prior employment service with New England Health Group from the later of January 2, 1996, or the employee's date of hire for purposes of eligibility and cost sharing.
- **ACE** employees who were employed as of January 1, 2000, received credit for prior continuous service from their last full-time hire date with CIGNA (if they transferred from CIGNA to ACE on July 2, 1999) or from their last full-time hire date with ACE (if hired by ACE after July 2, 1999) for purposes of eligibility and cost-sharing.
- **RAM** employees who were former employees of **The Netherlands Insurance Company ("TNIC")** who lost or retained post-retirement coverage under the TNIC welfare benefit plans as of December 31, 1998, and who were employed by TNIC on December 31, 2000 will receive prior service credit for purposes of eligibility and cost-sharing.
- **RAM** employees who were not former employees of **TNIC** referenced above are granted past service credit towards eligibility, but not cost-sharing, provided, however, that such employees who have less than 10 years of service for cost-sharing but at least 10 years of service for eligibility will be eligible for the minimum Company contribution to the cost of the post-retirement Plan.
- **RAM** and Liberty Mutual employees who were former employees of **OneBeacon Insurance Company** on December 31, 2001, and who are employed by Participating Employers on January 1, 2002, receive credit for prior employment service with OneBeacon companies for purposes of eligibility and cost- sharing.
- Former employees of **Merchants Holding Corporation** who transferred and became employees of The Netherlands Insurance Company on April 1, 2002, receive credit for prior employment service with Merchants Holding Corporation, for eligibility purposes only.
- **Cascade Disability Management, Inc. ("Cascade")** employees employed with Cascade as of January 1, 2003, receive credit for prior employment service with Cascade, for eligibility purposes only.
- Former employees of **Liberty Financial Companies, Inc. ("LFC")** who are employed by Participating Employers on or after January 1, 2003, receive credit for prior employment service with LFC, for eligibility purposes only.
- Former employees of **Prudential Commercial Insurance Company, Inc., Prudential General Insurance Company, and Prudential Property and Casualty Insurance Company (collectively referred to as "Prudential")** who transferred to Participating Employers on November 1, 2003, receive credit for prior employment service with Prudential, for eligibility purposes only.
- **Liberty Northwest** employees employed with Liberty Northwest as of January 1, 2006, receive credit for prior employment service with Liberty Northwest for purposes of determining years of service for eligibility and cost-sharing.

LM_TURNER CONFIDENTIAL

- **Former Ohio Casualty Corporation (OCAS)** employees who were employed by a Participating Employer as of January 1, 2008 and retire after December 31, 2013, will receive credit for purposes of eligibility and cost-sharing based on the following:

| | **Employees with 25 years of continuous eligible service as of July 1, 2004:** | **Employees with less than 25 years of continuous eligible service as of July 1, 2004** |
|---|---|---|
| **Younger than Age 65** | Cost sharing based on actual years of eligible credited service with Ohio Casualty and Liberty Mutual (up to a maximum of 35 years). | Eligibility based on total years of eligible credited service. Cost sharing based on eligible credited service from July 1, 2004 forward. |
| **Age 65 or Older** | Company contribution category: 75 to 79<br>Years of eligible credited service: 25 | Company Contribution Category: < 60<br>Years of eligible credited service: Service from July 1, 2004 forward. |

- **Safeco** employees employed with Safeco as of January 1, 2009 receive credit for prior employment service with Safeco for eligibility purposes only.
- **Former grandfathered employees of Safeco Corporation** (i.e., employees who were hired prior to January 1, 2004, were at least age 36 as of December 31, 2004 and whose age plus years of service at Safeco added up to at least 75 on December 31, 2004) and subsidiaries who transitioned to Participating Employers on January 1, 2009 who retire after December 31, 2013, will receive credit for purposes of eligibility and cost-sharing based on the following:

| **Grandfathered Age and Service Points as of 12/31/2004** | **Younger than Age 65** |
|---|---|
| **87 or more** | Company contribution category: 85<br>Credited service for multiplier[1]: 35 |
| **82 through 86** | Company contribution category: 85<br>Credited service for multiplier[1]: 32 |
| **78 through 81** | Company contribution category: 80 to 84<br>Credited service for multiplier[1]: 22 |
| **75 through 77** | Company contribution category: 70 to 74<br>Credited service for multiplier[1]: 12 |

[1] In the event that eligible credited service from January 1, 2009 forward is greater, the credited service can increase up to a maximum of 35 years of credited service

- **Former employees of Ironshore Holdings (U.S.) Inc.** who were employed on December 31, 2018, and are employed by a Participating Employer on January 1, 2019, will receive credit for purposes of eligibility and cost sharing for Ironshore service as of May 1, 2017, or, if hired after May



LM TURNER CONFIDENTIAL

1, 2017, their most recent hire date up to and including December 31, 2017. Past service with Ironshore will not count for any purpose for the retiree health plan.

Note: Eligible participants who were retired at the time of the acquisition and transitioned to the Company's plans may have a different cost sharing arrangement based on the agreement in place at the time of acquisition. Price tags and contribution levels are subject to change at the Company's discretion.

## Break in Service

Employees rehired on or after January 1, 2018 will not be eligible for retiree medical benefits under the Plan. If your employment ends and you are rehired within sixty (60) days of the date your employment ended, your most recent hire date before your employment ended will be used for purposes of calculating continuous eligible credited service in determining your eligibility for retiree benefits under the Plan.

Benefits for rehired employees in certain situations will be administered as shown in the chart below.

| | | Cost-Share Tier at Retirement | Service for Determining Subsidy |
|---|---|---|---|
| Rehired Employees | | Not eligible for retiree benefits under the Plan | |
| Rehired Retirees | Enrolled in retiree coverage prior to a break in service | Age + eligible credited service as of December 31, 2013 - or - Age + eligible credited service prior to break | Age + eligible credited service prior to termination restored + Continuous service after rehire date |
| | Not previously enrolled in retiree coverage prior to a break in service where the break is *60 days or less* | Age + eligible credited service as of December 31, 2013 - or - Age + eligible credited service prior to break | Eligible credited service prior to termination + Continuous service after rehire date |
| | Not previously enrolled in retiree coverage prior to a break in service where the break is *greater than 60 days* | Not eligible for retiree benefits under the Plan | |

## Medicare

It is important that each covered person enroll for the full benefits of Medicare as soon as the person becomes eligible for Medicare. The Plan does not cover charges payable by Medicare. In addition, the Plan will pay no more after Medicare than it would pay as primary payer. For example, if Medicare has already paid 80% of a covered charge, the Plan will pay nothing further. If you are eligible for Medicare, the Plan will apply the coordination of benefits rule whether or not you have actually applied for Medicare coverage. Covered expenses that you pay will be applied toward your Plan out-of-pocket maximum.

If you continue working after attaining age 65, the above exclusion will not apply to you, your spouse or domestic partner or dependents while the Plan continues as primary payer, as explained under the headings entitled **"Benefits for Disabled Dependents of an Active Employee"** and **"Benefits for Covered**

**Individuals Age 65 and Over."** However, when the Plan ceases as primary payer for you upon retirement, Medicare entitlement due to disability or termination of employment, or ceases as primary payer for your spouse or dependents, the above Medicare exclusion will apply to the affected person. Therefore, you should consult with your local Social Security office as to the best time to enroll in Medicare so that comprehensive health coverage continues without interruption.

Please note that for active employees who are Medicare-eligible, the Plan continues as primary payer as explained under the heading entitled **"Benefits for Covered Individuals Age 65 and over."**

## Rights of Plan Participants (ERISA)

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other locations all documents governing the Plan including the Plan documents and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.
- Obtain copies upon written request to the Plan Administrator of Plan documents governing the operation of the Plan and copies of the latest annual report (Form 5500 Series) and updated Summary Plan Description. The Plan Administrator may make a reasonable charge for the copies.
- Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this Summary Annual Report.
- Continue COBRA health care coverage for yourself, spouse/domestic partner or dependents if there is a loss of coverage under the Plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review this summary plan description and the documents governing the Plan on the rules governing your COBRA continuation coverage rights, if any. Please note domestic partners and their dependents are not entitled to COBRA continuation coverage under federal law.

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may terminate you or otherwise discriminate against you in any way to prevent you from obtaining benefits or exercising your rights under ERISA.

Under ERISA there are steps you can take to enforce your rights. For example, you may file suit in a federal court if:

- you have a claim for benefits that is denied or ignored, in whole or in part;
- you request materials from the Plan Administrator and do not receive them within 30 days. The court may require the Plan Administrator to provide the materials and pay you up to $110 per day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator; or
- The Plan fiduciaries misuse the Plan's money, or you are discriminated against for asserting your rights. You may also seek assistance from the U.S. Department of Labor.

LM_TURNER CONFIDENTIAL

- When your request for external review concerns an adverse final decision regarding a benefit determination for an admission, availability of care, continued stay, or health care services for which you received emergency services, while you are an inpatient.

The IRO must provide notice of an expedited external review decision no later than seventy-two (72) hours after request has been received.

Upon receipt of a notice of an IRO decision reversing the second-level denial, the Plan will provide coverage or payment for the claim. The decision rendered by the IRO will be final and binding.

### Legal Proceedings

You will not be entitled to challenge a claim decision made by the Claims Administrator in federal or state court or in any other administrative proceeding until all of the Claim and Appeal procedures outlined above have been complied with and exhausted: No lawsuit shall be brought against the Plan, the Plan Sponsor, the Company, the Plan Administrator or the Claims Administrator by you or your authorized representative until:

- 60 days after Proof of claim has been given; and
- no more than three years after the time Proof of claim is required.

### Amendment or Termination of the Plan

The Company can adopt any amendment to the Plan or terminate the Plan at any time. Any action that may be taken by the Company to amend or terminate the Plan may also be taken by the Company's Chief Executive Officer except as otherwise restricted under the Company's Compensation Committee charter.

### General Provisions

The Liberty Mutual Health Plan is a group health plan. Plan records are maintained on a calendar-year basis: January 1 through December 31.

The Plan Sponsor is Liberty Mutual Group Inc. The employer identification number assigned by the Internal Revenue Service to Liberty Mutual Group Inc. is 04-3583679. The plan number assigned in accordance with instructions of the Internal Revenue Service is 503.

The Plan offers participation to employees of the Company and its subsidiaries that participate in the Plan, including, Liberty Mutual Insurance Company, 175 Berkeley Street, Boston, Massachusetts 02116 Attention: Benefits Department – Mailstop M03E. A list of participating subsidiaries is available on request.

Benefits are paid out of the Company's general assets (except for benefits in Hawaii, which are provided on a fully insured basis). The Plan is unfunded. Costs of coverage are shared by the Company and employees. Price tags and contribution levels are subject to change at the Company's discretion.

Active employee contributions are made on a before-tax basis through the Liberty Mutual Section 125 Plan. Retiree contributions are made on an after-tax basis. The Company has contracted with UnitedHealthcare and CVS Caremark to provide administrative services only with respect to the Plan's self-funded preferred provider organization coverage and prescription drug program. The Company has also contracted with UnitedHealthcare to provide fully insured coverage in Hawaii. Claims administrator addresses are listed below.

For purposes of ERISA and the Plan, Liberty Mutual Insurance Company is the Plan Administrator. Your rights under ERISA are described above. Melanie M. Foley, Executive Vice President and Manager, Chief Talent and Enterprise Services Officer is designated as agent for service of legal process for the Plan Administrator. Process may be served on her at Liberty Mutual Insurance Company, 175 Berkeley Street,



LM_TURNER CONFIDENTIAL