**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>Thomas Turner</u>

       Plaintiff

   V.

                                    CIVIL ACTION

                                    NO. <u>20-11530-FDS</u>

<u>Liberty Mutual Retirement Benefit Plan et al</u>

       Defendant

## <u>ORDER DISMISSING COUNT I</u>

<u>Saylor, C. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>August 30, 2022</u> it is hereby ORDERED that Count I be and hereby is DISMISSED.

                                          By the Court,

<u>8/30/2022</u>                                 <u>/s/ Flaviana de Oliveira</u>
   Date                                          Deputy Clerk