**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| THOMAS TURNER, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL RETIREMENT BENEFIT PLAN, et al.,<br><br>Defendants. | ) | Civil Action No. 1:20-cv-11530-FDS |

JOINT MOTION TO AMEND THE SCHEDULING ORDER


Gordon E. Meyer (MA BBO 561791)
Gordon E. Meyer & Associates
8 Winchester Street
Boston, Massachusetts 02116
Email: gordon@gmeyerlaw.com
Tel: (617) 482-2377

SINGLETON SCHREIBER, LLP
MICHELLE M. MEYERS,
SB236387; E-Mail:
mmeyers@singletonschreiber.com
1414 K Street, Suite 470
Sacramento, California 95814
Tel (916) 248-847; Fax (619) 255-1515

NICHOLAS & TOMASEVIC, LLP
Craig M. Nicholas, *Pro Hac Vice*
Alex Tomasevic, *Pro Hac Vice*
225 Broadway, 19th Floor
San Diego, California 92101
Tel (619) 325-0492
Fax (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

WINTERS & ASSOCIATES
Jack B. Winters, Jr., *Pro Hac Vice*
Sarah Ball, *Pro Hac Vice*
8489 La Mesa Blvd.
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
Email: pjsandiego@gmail.com
Email: sball@einsurelaw.com

Attorneys for Plaintiff THOMAS TURNER,
an individual, on behalf of himself and others similarly situated

MCDERMOTT WILL & EMORY LLP
Dmitriy Tishyevich, Esq., Pro Hac Vice
Richard Diggs, Esq., Pro Hac Vice
340 Madison Ave.
New York, New York 10173-1922
Tel (212) 547-5534; 212.547.5336
Fax (212) 547-5444
dtishyevich@mwe.com
rdiggs@mwe.com

MCDERMOTT WILL & EMORY LLP
Annabel Rodriguez (BBO 696001)
200 Clarendon St., Floor 58
Boston, Massachusetts 02116-5021
Tel (617) 535-4000; Fax (617) 535-3800;
(617) 535-3986
anrodriguez@mwe.com

MCDERMOTT WILL & EMORY LLP
Margaret H. Warner, Esq., Pro Hac Vice
The McDermott Bldg.
500 North Capitol St., NW
Washington, D.C. 20001-1531
Tel (202) 756-8288; Fax (202) 756-8087
mwarner@mwe.com

**Attorneys for Defendants LIBERTY MUTUAL RETIREMENT BENEFIT PLAN; LIBERTY MUTUAL MEDICAL PLAN; LIBERTY MUTUAL RETIREMENT BENEFIT PLAN RETIREMENT BOARD; LIBERTY MUTUAL GROUP, INC., a Massachusetts company; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company**

Plaintiff Thomas Turner and Defendants Liberty Mutual Retirement Benefit Plan, Liberty Mutual health Plan, Liberty Mutual Retirement Committee, Liberty Mutual Group, Inc., and Liberty Mutual Insurance Company (together "Liberty Mutual") (collectively "the Parties") hereby file this Joint Motion to Amend the Court's Scheduling Order as reflected in the Clerk's Notes at ECF No. 126.

## I. INTRODUCTION

This case involves a putative class action filed by Plaintiff against Liberty Mutual and involving an ERISA welfare benefit plan. Plaintiff alleges that Liberty Mutual promised him, and other similarly situated employees, cost sharing for certain retirement medical benefits that they have now been denied.

Previously, discovery in this case was phased, and was initially limited to discovery directed towards ascertaining which version of the Plan at issue was in effect at the time of Plaintiff's retirement, and his claims under 29 U.S.C. Section 1132(a)(1)(B) (hereinafter "(a)(1)(B) claim"). The Parties have engaged in several rounds of briefing on this issue and the Court granted Liberty Mutual's Motion for Summary judgment as to Plaintiff's (a)(1)(B) claim, but allowed Plaintiff's claims under 29 U.S.C. Section 1132(a)(3) (hereinafter "(a)(3) claim") to move forward. See ECF Nos. 91, 122. Subsequently, the Court reopened discovery related to the (a)(3) claim. Initially, the Court set a deadline of December 13, 2023, for the

completion of fact discovery "with claims regarding Plaintiff Turner", and a deadline of March 15, 2024, for the completion of "all discovery". ECF No. 126.

On September 19, 2023, counsel for Plaintiff sent a letter to counsel for Liberty Mutual requesting supplementation of previous discovery responses, which Liberty Mutual had previously declined to answer as a result of the bifurcation of discovery that was previously in place. Counsel for Plaintiff additionally asked for dates for the depositions of several deponents in the September 19, 2023 letter. Plaintiff served additional Request for Production and Interrogatories on Liberty Mutual on October 13, 2023. Liberty Mutual served supplemental responses to written discovery on October 19, 2023, and served additional responsive documents on October 30, 2023. Liberty Mutual also served written discovery on Plaintiff Turner on October 30, 2023.

On October 30, 2023, the Parties attended a status conference with the Court, where counsel for Plaintiff indicated they believed an extension of the December 13, 2023 deadline may be in order. At that conference the Court declined to extend the deadline at that time.

On November 7, 2023, Plaintiff filed a Motion to Compel certain discovery responses and documents which Liberty Mutual withheld on the basis of attorney client privilege. This Motion is fully briefed. See ECF Nos. 138, 140, 141. On November 8, 2023, Plaintiff sent a deposition notice under Fed. R. Civ. P. 30(b)(6)

to Liberty Mutual, and asked Liberty Mutual to please provide dates for the taking of the depositions on the noticed categories at their earliest convenience.

On November 16, 2023, after meeting and conferring on the availability of certain witnesses, Plaintiff noticed the depositions of Linda Higgin, and Thomas Oksanen. These depositions have now been completed. On November 30, 2023, Liberty Mutual offered December 13, 2023, for the taking of the last noticed percipient witnesses, Mr. Stohlberg, but counsel for Plaintiff was not available on that date. To date, this deposition has not been rescheduled and counsel for Liberty Mutual is working on providing additional availability for this deposition. Liberty Mutual intends to provide objections to Plaintiff's 30(b)(6) notice as well as availability for the taking of the 30(b)(6) deposition before the status conference currently scheduled for December 15, 2023.

On November 30, 2023, Liberty Mutual requested availability for the taking of Plaintiff's deposition. The Parties are working on finding a date that works for all involved. On December 6, 2023, Plaintiff served written responses to Liberty Mutual's written discovery and produced responsive documents on December 11, 2023.

The Parties are currently diligently conducting discovery, but respectfully request the Court amend the Scheduling Order and deadlines by which the Parties must complete fact discovery related to Plaintiff's individual (a)(3) claim.

Currently, the deposition of Mr. Stohlberg, Liberty Mutual's 30(b)(6) and Plaintiff need to be completed. The Parties do not anticipate the need for further depositions and Plaintiff has agreed to seek permission from the magistrate should the need for further depositions related to Plaintiff's individual claim arise.

The Parties jointly move for this amendment and have not previously requested any amendment of the Scheduling Order.

## II. GOOD CAUSE EXISTS TO AMEND THE SCHEDULING ORDER

A grant of this limited request to amend the Scheduling Order will potentially save both judicial resources and time and expenses for the Parties. Should the Parties reach a settlement, the necessity for the completion of further discovery, including the depositions of Plaintiff and Defendants' Fed. R. Civ. P. 30(b)(6) representatives will be avoided. Further, the Parties potentially could avoid the need to bring discovery disputes to this Court.

The Parties have been diligent in conducting discovery and have not previously requested an extension of the deadline. The Parties seek a limited extension of 45 days of the fact discovery deadline related to Mr. Turner's individual claim. The Parties do not anticipate any additional request for extension and do not anticipate the need to change any other deadlines in the case as a result. The Parties respectfully request the Court modify the current December 13, 2023

deadline for fact discovery related to Plaintiff's individual claim to January 26, 2023.

The filer hereby certifies that the content of this document is acceptable to all persons required to sign this document, and that the signators' authorization to efile the document was obtained.

DATED: December 11, 2023

**WINTERS & ASSOCIATES**

/s/*Jack B. Winters, Jr.*
Jack B. Winters, Jr., *Pro Hac Vice*
(CA SBN 82998)
Sarah Ball, *Pro Hac Vice*
(CA SBN 292337)
8489 La Mesa Blvd.
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
pjsandiego@gmail.com
sball@einsurelaw.com

**GORDON E. MEYER & ASSOCIATES**
Gordon E. Meyer (MA BBO 561791)
8 Winchester Street
Boston, Massachusetts 02116
Tel: (617) 482-2377
gordon@gmeyerlaw.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (CA SBN 178444)
Alex Tomasevic (CA SBN 245598)
225 Broadway, 19th Fl.
San Diego, CA 92101
Tel (619) 325-0492
Fax (619) 325-0496

cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org

**SINGLETON SCHREIBER, LLP**
Michelle M. Meyers, SB#236387
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (916) 248-8478
Fax: (619) 255-1515
mmeyers@singletonschreiber.com

Attorneys for Plaintiff
THOMAS TURNER, an individual, on behalf of himself and others similarly situated

DATED: December 11, 2023

**McDERMITT WILL & EMORY LLP**

/s/*Dmitriy Tishyevich*
Dmitriy Tishyevich, Esq.,
*Pro Hac Vice*
Richard Diggs, Esq., Pro Hac Vice
McDermott Will & Emory LLP
340 Madison Ave.
New York, New York 10173-1922
Tel (212) 547-5534; 212.547.5336
Fax (212) 547-5444
dtishyevich@mwe.com
rdiggs@mwe.com

Attorneys for Defendants LIBERTY MUTUAL RETIREMENT BENEFIT PLAN; LIBERTY MUTUAL MEDICAL PLAN; LIBERTY MUTUAL RETIREMENT BENEFIT PLAN RETIREMENT BOARD; LIBERTY MUTUAL GROUP, INC., a Massachusetts company; LIBERTY MUTUAL INSURANCE

COMPANY, a Massachusetts
company

**CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

DATED: December 11, 2023

/s/*Jack B. Winters, Jr.*
Jack B. Winters, Jr.

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, I hereby certify that counsel for Plaintiff THOMAS TURNER, an individual, on behalf of himself and others similarly situated contacted counsel for Defendants in an attempt in good faith to resolve or narrow the issues presented by this motion.

DATED: December 11, 2023

**WINTERS & ASSOCIATES**

/s/*Jack B. Winters, Jr.*

Jack B. Winters, Jr., *Pro Hac Vice*
(CA SBN 82998)
Sarah Ball, *Pro Hac Vice*
(CA SBN 292337)
8489 La Mesa Blvd.
La Mesa, California 91942
Tel: (619) 234-9000
Fax: (619) 750-0413
pjsandiego@gmail.com
sball@einsurelaw.com