# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS TURNER, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL RETIREMENT BENEFIT PLAN; LIBERTY MUTUAL MEDICAL PLAN; LIBERTY MUTUAL RETIREMENT BENEFIT PLAN RETIREMENT BOARD; LIBERTY MUTUAL GROUP INC., a Massachusetts company; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company; and DOES 1–50, Inclusive,<br><br>Defendants. | Civil Action No.:1:20-cv-11530-FDS |

## JOINT PROPOSAL FOR REMAINING DISCOVERY ISSUES

During the status conference held on March 28, 2024, the Court directed the parties to confer on a framework regarding the resolution of any remaining discovery issues. (ECF No. 155.) On April 4, Plaintiff provided Liberty Mutual with a set of issues and specific discovery requests as to which disagreements remain. The parties conferred, and respectfully propose the following schedule to present any remaining discovery issues for the Court's resolution:

- April 12, 2024: Liberty Mutual to provide its response to Plaintiff regarding discovery issues identified in Plaintiff's April 4 email.

- May 1, 2024: Deadline for Plaintiff to file a motion to compel (directed to Chief Judge Saylor in the first instance) regarding unresolved discovery disputes, if any.

- May 15, 2024: Deadline for Liberty Mutual to file its opposition to Plaintiff's motion to compel.

- May 22, 2024: Deadline for Plaintiff to file his reply to Liberty Mutual's opposition to Plaintiff's motion to compel.

The parties are available should the Court have any questions.

Respectfully submitted,

Dated: April 5, 2024

**WINTERS & ASSOCIATES**

 /s/ Jack B. Winters, Jr.
Jack B. Winters, Jr. (*pro hac vice*)
(CA SBN 82998)
Sarah Ball (*pro hac vice*)
(CA SBN 292337)
8489 La Mesa Blvd.
La Mesa, California 91942
Telephone: (619) 234-9000
Facsimile: (619) 750-0413
pjsandiego@gmail.com
sball@einsurelaw.com

**GORDON E. MEYER & ASSOCIATES**
Gordon E. Meyer (MA BBO 561791)
8 Winchester Street
Boston, Massachusetts 02116
Telephone: (617) 482-2377
gordon@gmeyerlaw.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (CA SBN 178444)
Alex M. Tomasevic (CA SBN 245598)
225 Broadway, 19th Fl.
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
cnicholas@nicholaslaw.org
atomasevic@nicholaslaw.org

**SINGLETON SCHREIBER, LLP**
Michelle M. Meyers, SB#236387
1414 K Street, Suite 470
Sacramento, California 95814
Telephone: (916) 248-8478
Facsimile: (619) 255-1515
mmeyers@singletonschreiber.com

*Attorneys for Plaintiff*

**McDERMOTT WILL & EMERY LLP**

 /s/ Annabel Rodriguez
Annabel Rodriguez (BBO # 696001)
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Telephone: 617.535.4000
Facsimile:  617.535.3800
anrodriguez@mwe.com

Dmitriy Tishyevich (*pro hac vice*)
Richard Diggs (*pro hac vice*)
1 Vanderbilt Ave
New York, NY 10017
Telephone: 212.547.5400
Facsimile:  212.547.5444
dtishyevich@mwe.com
rdiggs@mwe.com

*Attorneys for the Liberty Mutual Defendants*

## **CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Dated: April 5, 2024    /s/ *Annabel Rodriguez*
    Annabel Rodriguez (BBO # 696001)